# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>     v.<br><br>Kathy Velazquez MONTUFAR,<br><br>                    Defendant. | Case No. '21 MJ02507<br><br>COMPLAINT FOR VIOLATION OF<br><br>18 U.S.C. § 545 Smuggling Goods Into the United States (Felony) |

The undersigned complainant being duly sworn states:

On or about June 17, 2021, within the Southern District of California, defendant Kathy Velazquez MONTUFAR did knowingly and willfully, with the intent to defraud the United States, attempt to smuggle and clandestinely introduce into the United States, merchandise, which should have been invoiced, to wit: Mexican pesticides, that is, thirty-six 1-liter bottles of "Monitor 600," in violation of Title 18, United States Code, Section 545.

The complainant states that this complaint is based on the attached Statement of Facts, incorporated herein by reference.

_____
Michael Lesley, Special Agent
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 22nd day of June, 2021.

HON. MITCHELL D. DEMBIN
U. S. MAGISTRATE JUDGE

UNIED STATES OF AMERICA
    v.
Kathy Velazquez MONTUFAR

## STATEMENT OF FACTS

This Complaint and Statement of Facts is based on the personal observations, investigation, and information furnished to Homeland Security Investigations (HSI) Special Agent Michael Lesley.

On June 17, 2021, at approximately 12:19 p.m., defendant Kathy Velazquez MONTUFAR entered the United States from Mexico at the San Ysidro Port of Entry, as the driver, registered owner, and sole occupant of a gray Honda Accord with California license plates.  MONTUFAR told the primary U.S. Customs and Border Protection Officer (inspector) she had nothing to declare.  The primary inspector requested that she open the trunk of the vehicle.  In the trunk, the inspector discovered three boxes of what appeared to be pesticides, and referred her to the secondary inspection area.

In the secondary inspection area, inspectors discovered three boxes, each containing twelve one-liter bottles of the Mexican pesticide "Monitor 600" (a total of 36 bottles), underneath personal belongings in the trunk.  MONTUFAR told the inspector she intended to use the pesticides to grow corn and vegetables in her backyard.  Further examination of the vehicle revealed a receipt reflecting the purchase of the 36 bottles of Monitor 600 on June 17, 2021.  After waiving her Constitutional rights in writing, MONTUFAR admitted that she purchased the pesticides in Mexico earlier that day. MONTUFAR initially said

that she intended to use the pesticides at her parents' home to grow vegetables, but she later stated she was bringing the pesticides into the United States for someone else.

According to the label, "Monitor 600" contains the active ingredient methamidophos. EPA special agents advised that in the United States, methamidophos is a cancelled pesticide because it is lethal if ingested, absorbed through the skin, or inhaled, highly toxic to bees, very highly toxic to birds, highly toxic to mammals, very highly toxic to freshwater invertebrates, toxic to estuarine and marine fish and invertebrates, capable of entering surface water as runoff, and poses a risk to drinking water.

Federal law prohibits the distribution and sale of canceled or unregistered pesticides. 7 U.S.C. §136j(a)(1)(A). Only pesticides registered with the EPA may be imported or sold in the United States. 7 U.S.C. §136o(c). All pesticides intended for use in the United States must bear their EPA registration number on their labels, preceded by the phrase "EPA Registration No." or "EPA Reg. No." 40 C.F.R. §156.10(e). In addition, all required information on a label must appear in the English language. 40 C.F.R. §156.10(a)(3). The containers of pesticide found with MONTUFAR were labeled only in Spanish and bore no EPA registration numbers.

The lawful importation of pesticides into the United States requires a Notice of Arrival to be provided to U.S. Customs, pursuant to 19 C.F.R. §12.112. MONTUFAR provided no such Notice of Arrival for the pesticides in this case.

On June 17, 2021, HSI Special Agent Lesley issued MONTUFAR a Notice to Appear on June 24, 2021 at 2:00 p.m.